# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ELIJAH SMITH, III

NO. 2019 KW 1544

JAN 0 6 2020

In Re:    Elijah Smith, III, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-12-1213.

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.** As an incarcerated pro se petitioner, relator may file an application for supervisory review of the district court's judgment dismissing his application for postconviction relief without the necessity of obtaining a writ return date. Relator should file the application with this court by March 10, 2020, and the application must include a copy of this ruling, the application for postconviction relief, the district court's ruling on the application for postconviction relief, and any pertinent documents from the district court record that might assist with review of relator's claims.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.